IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Margaret Mazur,                              :
           Appellant                      :
                                :
          v.                               :      No. 1008 C.D. 2017
                                :
Jamie Cuthbert                               :

# **O R D E R**

NOW, June 11, 2018, having considered appellee's application for reargument and appellant's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge